Same case below, 418 Fed. Appx. 548.

Same case below, 638 F.3d 734.

**No. 11-5460. Juan Saucedo-Roman, Petitioner v. United States.**

565 U.S. 908, 132 S. Ct. 315, 181 L. Ed. 2d 194, 2011 U.S. LEXIS 5907.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 423 Fed. Appx. 404.

**No. 11-5461. Robert B. Surles, Petitioner v. United States.**

565 U.S. 908, 132 S. Ct. 315, 181 L. Ed. 2d 194, 2011 U.S. LEXIS 5886.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 424 Fed. Appx. 834.

**No. 11-5462. Victor Manuel Tinajero-Ortiz, Petitioner v. United States.**

565 U.S. 909, 132 S. Ct. 315, 181 L. Ed. 2d 194, 2011 U.S. LEXIS 6046.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 635 F.3d 1100.

**No. 11-5463. Jose Santos Vaquera-Juanes, Petitioner v. United States.**

565 U.S. 909, 132 S. Ct. 315, 181 L. Ed. 2d 194, 2011 U.S. LEXIS 5871.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 11-5464. David Combs, Petitioner v. Gary Swarthout, Warden.**

565 U.S. 909, 132 S. Ct. 315, 181 L. Ed. 2d 194, 2011 U.S. LEXIS 5842.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5465. Victor Diaz, Petitioner v. United States.**

565 U.S. 909, 132 S. Ct. 315, 181 L. Ed. 2d 194, 2011 U.S. LEXIS 5895.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 644 F.3d 79 and 437 Fed. Appx. 8.

**No. 11-5466. Kevin O'Connell, Petitioner v. Kelly Harrington, Warden.**

565 U.S. 909, 132 S. Ct. 316, 181 L. Ed. 2d 194, 2011 U.S. LEXIS 5850.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 420 Fed. Appx. 746.

**No. 11-5467. Van Son Thai, aka Son Tau, aka Thai Son, Petitioner v. United States.**

565 U.S. 909, 132 S. Ct. 316, 181 L. Ed. 2d 194, 2011 U.S. LEXIS 5888.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.